■ DIME SAVINGS BANK OF NEW YORK, FSB, Appellant, v SIMONE ZANGIACOMI, Also Known as SIMONE V. ZANGIACOMI, Respondent. [638 NYS2d 773]

The Supreme Court improvidently exercised its discretion in imposing sanctions against the plaintiff's counsel. The Supreme Court imposed sanctions on the ground that in making an application for a default judgment, counsel failed to comply with the technical requirements of CPLR 3215 (f) and (g) (3). Although the court may have warned counsel in previous unrelated actions about the necessity of complying with these sections, we nevertheless find that such conduct does not amount to "[f]rivolous conduct" as defined by 22 NYCRR 130-1.1 (c). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.

■ DIME SAVINGS BANK OF NEW YORK, Respondent, v GLADSTONE FORD, Appellant, et al., Defendants. [639 NYS2d 720]

Ordered that the judgment is affirmed insofar as appealed from, with costs, for reasons stated by Justice O'Donahue at the Supreme Court. Bracken, J. P., Sullivan, Miller and Florio, JJ., concur.